UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J.P., by and through her mother and next friend, M.P., | Case No. CO8-05436 |
| Plaintiff, | ORDER CONTINUING MEDIATION DATE |
| v. | |
| THE DIVISION OF DEVELOPMENTAL DISABILITIES, and LINDA ROLFE, et. al., | |
| Defendants. | |

Based upon the stipulation and motion of the parties for an order continuing the mediation date and for the issuance of an amended case in the above-entitled matter (Dkt. 52) and upon consideration of the pleadings and the file herein.

**IT IS ORDERED** that mediation in this matter is hereby set for April 17, 2009 and other scheduled dates remain as set. (Dkt. 43).

DATED this 20th day of February, 2008.

_____
Robert J Bryan
United States District Judge