# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.P. by and through her mother and next friend, M.P., <br><br> Plaintiff, <br><br> v. <br><br> THE DIVISION OF DEVELOPMENTAL DISABILITIES, et al., <br><br> Defendants. | **Case No.** C08-5436 RJB <br><br> Minute Order <br> Re: Settlement Conference |

THIS matter has been re-referred by the Honorable Robert J. Bryan to U.S. Magistrate Judge, J. Kelley Arnold, for purposes of exploring settlement with the parties. Pursuant to Judge Arnold's directive, the parties submitted memorandum and supporting materials in support of the settlement conference scheduled for this date. The court has conferred with attorney Susan Kas for the plaintiff and attorney Edward Dee for the defendants. The parties are diligently working on and to this court's satisfaction progressing in settlement negotiations. Judge Arnold continues to work with the parties and will keep the trial court advised.

Entered by Deputy Clerk, _/s/*Kelly Miller*_, this 27th day of April, 12008.