The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| J.P., by and through her mother and next friend, M.P.,<br><br>Plaintiff,<br><br>v.<br><br>THE DIVISION OF DEVELOPMENTAL DISABILITIES, and LINDA ROLFE, et. al,<br><br>Defendants. | NO. C08-5436RJB<br><br>STIPULATION AND AGREED ORDER FOR STAY OF PROCEEDINGS |

Having considered the parties' Stipulation and Agreed Motion for Stay of Proceedings,

IT IS HEREBY ORDERED,

That the parties' motion for a stay of proceedings is GRANTED.

The above-captioned case is hereby stayed until September 18, 2009, in order to enable the parties to continue working on a final settlement with the Honorable Magistrate Judge Kelley Arnold. New trial and pre-trial dates will be reset when the stay is lifted.

DATED this 4th day of August, 2009.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge

STIP AND AGREED ORDER FOR STAY
OF PROCEEDINGS -- NO. C08-5436RJB

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Jointly Presented by:

ROBERT M. MCKENNA
Attorney General

s/ *Edward J. Dee*
EDWARD J. DEE, WSBA No. 15964
SARAH J. COATS, WSBA No. 20333
KIMBERLY M. COZZETTO, WSBA No. 38038
Attorneys for Defendants

and

DISABILITY RIGHTS WASHINGTON

s/ *Susan Kas*
SUSAN KAS, WSBA No. 36592
DAVID GIRARD, WSBA No. 17658
ROBERT DENTON
Attorneys for Plaintiffs

STIP AND AGREED ORDER FOR STAY
OF PROCEEDINGS -- NO. C08-5436RJB

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Susan Kas | susank@dr-wa.org |
| David B. Girard | davidg@dr-wa.org |
| Robert B. Denton | rdenton@disabilitylawcenter.org |

s/ *Edward J. Dee*
EDWARD J. DEE, WSBA No. 15964
Attorney for Dept. of Social and Health Services
Office of the Attorney General
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
Phone: 360-586-6565
Fax: 360-586-6662
Attorney's E-mail Address**: edward.dee@atg.wa.gov**

STIP AND AGREED ORDER FOR STAY OF PROCEEDINGS -- NO. C08-5436RJB

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565