# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.P. by and through her mother and next friend, M.P,<br><br>Plaintiff,<br><br>vs.<br><br>THE DIVISION OF DEVELOPMENTAL DISABILITIES, and LINDA ROLFE, et al.,<br><br>Defendant(s). | Case No. C08-5436RJB<br><br>**MINUTE ORDER**<br>**Re: Settlement Conference** |

On July 22, 2008, this matter was referred by the Honorable Robert J. Bryan to U.S. Magistrate Judge J. Kelley Arnold for purposes of a settlement conference. Judge Arnold has met personally and telephonically with counsel and the parties on six occasions commencing August 7, 2008 – the last being September 25, 2009. **The matter has been resolved. The court may expect a Stipulated Order of Dismissal on or before October 2, 2009.**

The above is entered this 25th day of September 2009 by deputy clerk */s/Kelly Miller* at the direction of **U.S. Magistrate Judge, J. Kelley Arnold**.

Order - 1